

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2020

No. 04-19-00719-CR

Deuk Bok **CHA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 575753
The Honorable Helen P. Stowe, Judge Presiding

## O R D E R

The Appellant's Second Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to March 17, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court